IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NO. *04-CA-5995*
*6:04-CV-1601-Or-28KRS*

ROBERT A. GAINES, individually, and
ROBERT A. GAINES TRUST, by and
through its Trustee, Robert A. Gaines,

        Plaintiff,

vs.

JOHN W. BURCHAM,

        Defendant.

_____/

## C O M P L A I N T

Plaintiffs, ROBERT A. GAINES, individually, and ROBERT A. GAINES TRUST, by

and through its Trustee, Robert A. Gaines, sue Defendant, JOHN W. BURCHAM, and allege:

1.     This is a cause of action for breach of a personal guaranty, with damages that

exceed $15,000.00, exclusive of interest, costs and attorney's fees.

2.     Plaintiff, ROBERT A. GAINES, is *sui juris* and at all times material to this action

resided in the state of Florida.

3.     At all times material to this action, Plaintiff, ROBERT A. GAINES, has been the

sole trustee of the ROBERT A. GAINES TRUST.

4.     Defendant, JOHN W. BURCHAM, resides in the state of Michigan, but is subject

to the jurisdiction of this Court because: Defendant breached a personal guaranty contract in this

state by failing to perform acts required by the personal guaranty contract to be performed in this

state, and more specifically, Defendant failed to pay funds due in the state of Florida on the

personal guaranty, all relating to the guaranty of a promissory note that was made, due and payable in the state of Florida.

5.     On May 3, 2001, Affinity Business Services, Inc., a Florida corporation ("Affinity"), executed as maker a Promissory Note in the principal amount of $8,200,000.00 in favor of the Plaintiffs, as payees.  Defendant signed the Promissory Note as chairman of Affinity. A copy of the Promissory Note is attached hereto as Exhibit A, and a copy of the Stock Purchase Agreement referenced in the Promissory Note is attached hereto as Exhibit B.

6.     Effective August 15, 2001, Plaintiffs and Affinity were parties to an Agreement (the "Agreement") which provided for, *inter alia,* amendments to the Promissory Note.  A copy of the Agreement is attached hereto as Exhibit C, and a copy of the separate letter referenced in paragraph 9 of the Agreement is attached hereto as Exhibit D.

7.     Contemporaneous with the execution of the Agreement, Defendant executed and delivered to Plaintiffs in the state of Florida a Guaranty, effective as of August 15, 2001 (the "Guaranty"), under which Defendant obligated himself to Plaintiffs as guarantor of all obligations under the Agreement and the Promissory Note, as amended.  A copy of the Guaranty is attached hereto as Exhibit E.

8.     As of June 30, 2004, payments under the Promissory Note, as amended, were in default and the unpaid balance of the Promissory Note, as amended, owed to Plaintiffs was $2,079,416.88, of which sum $33,629.00 was interest, and interest is accruing on the unpaid balance after June 30, 2004 at the rate of $672.58 per day.

9.     On June 29, 2004, Plaintiffs demanded from Defendant under his Guaranty payment of the unpaid balance of the Promissory Note, as amended, but the Defendant has failed

2

to respond or otherwise honor his obligations under the Guaranty. A copy of Plaintiffs June 29, 2004 demand is attached hereto as Exhibit F.

10.    Defendant has breached his Guaranty, and caused Plaintiffs to suffer damages, by failing to pay to Plaintiffs in the state of Florida the unpaid balance of the Promissory Note, as amended.

11.    All conditions precedent to this action have been performed or have occurred.

12.    Plaintiffs have retained their undersigned attorneys to represent them in this action and have agreed to pay a reasonable fee, for which fee Defendant is responsible under his Guaranty.

WHEREFORE, Plaintiffs, ROBERT A. GAINES, individually, and ROBERT A. GAINES TRUST, by and through its Trustee, Robert A. Gaines, demand judgment against Defendant, JOHN W. BURCHAM, for damages, interest, court costs, attorney's fees, and such further relief as this Court deems proper.

McGEE & POWERS, P.A.
201 East Pine Street, Suite 700
Post Office Box 3589
Orlando, Florida 32802-3589
(407) 422-5742


By:_____
        Patrick A. McGee
        Florida Bar No. 376299

3