UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:04-CV-1601-Orl-22KRS

ROBERT A. GAINES, individually,
ROBERT A. GAINES TRUST, by and
through its Trustee, Robert A. Gaines,

    Plaintiffs,

vs.

JOHN BURCHAM,

    Defendant.
_____/

## PLAINTIFFS' MOTIONS TO SUBSTITUTE PARTY-PLAINTIFFS AND FOR SUBSTITUTION OF COUNSEL

Plaintiffs ROBERT A. GAINES, ROBERT A. GAINES TRUST ("Gaines Plaintiffs") by and through their undersigned counsel, together with counsel for WELLINGTON CAPITAL GROUP INC. ("Wellington"), who has become assigned to the Plaintiffs' interest, and pursuant to Fed. R. Civ. P. 25(c), hereby move this Court for an Order substituting Wellington Capital Group Inc. in the place and instead of Robert A. Gaines and Robert A. Gaines Trust, and as grounds therefor states and alleges as follows:

1.     The Gaines Plaintiffs are the current owners of the claims which are the subject of this underlying action, which have been assigned or otherwise transferred to Wellington Capital Group on or about October 3, 2005, a true and correct copy of the Assignment of Claims is attached hereto and incorporated herein as Exhibit A.

2.     As such, Wellington is the real party in interest.

3.     Plaintiffs, therefore, respectfully requests an Order of this Court substituting

Robert Gaines v. Burcham
Case No.: 6:04-CV-1601-Orl-22KRS

Wellington as the real party in interest pursuant to Fed. R. Civ. P. 25(c).

4. In addition, it is agreed by and between McGee & Powers, P.A. and Berman, Kean & Riguera, P.A., that Berman, Kean & Riguera, P.A. shall be substituted as counsel of record for the Gaines Plaintiffs (or for Wellington if this Court grants this motion), and that the firm of McGee & Powers, P.A. shall be relieved of all further responsibility in this cause and that all parties to this action shall forward all future pleadings and correspondence previously directed to McGee & Powers, P.A. to Berman, Kean & Riguera, P.A., at the below stated address.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Regular Mail and facsimile, this **October 14, 2005** to:

Allan J. Sullivan
Baker & McKenzie LLP
Mellon Financial Center, Suite 1700
1111 Brickell Avenue
Miami, FL 33131

**MCGEE & POWERS, P.A.**
210 East Pine Street, Suite 700
PO Box 3589
Orlando, FL 32802-3589
Telephone: 407-422-5742
Facsimile: 407-423-1377

By: _____
Patrick A. McGee
Florida Bar No.: 376299

Robert Gaines v. Burcham
Case No.: 6:04-CV-1601-Orl-22KRS

**BERMAN, KEAN & RIGUERA, P.A.**
2101 W. Commercial Blvd.
Suite 2800
Fort Lauderdale, FL 33309
Telephone: (954) 735-0000
Facsimile: (954) 735-3636

By: _____
    Brian J. McCarthy
    Florida Bar No.: 668710

\\Server-01\REBData\Amodeo, Frank\1310-051\Style\10388.wpd

## ASSIGNMENT OF CLAIMS

THIS ASSIGNMENT OF CLAIMS (this "Assignment") is entered into on the date(s) stated hereinbelow, by and between ROBERT A. GAINES, individually, and ROBERT A. GAINES TRUST, by and through its trustee, Robert A. Gaines (herein collectively "Gaines"), 2219 N.W. Lakeshore Drive, Sebring, Florida 33870, as Assignor, and WELLINGTON CAPITAL GROUP, INC., a Nevada corporation authorized to do business in the state of Florida ("Wellington"), 1969 South Alafaya Trail, Suite 236, Orlando, Florida 33828, as Assignee.

### WITNESSETH:

**WHEREAS**, Gaines holds certain claims against John W. Burcham ("Burcham") under the Guaranty, dated and effective August 15, 2001, with Burcham as guarantor and Gaines as obligee, which Guaranty is the subject of a lawsuit pending in the U. S. District Court, Middle District of Florida, Orlando Division, Case No. 6:04-cv-1601 (collectively the "Burcham Claim"); and

**WHEREAS**, Gaines holds certain claims against Craig A. Vanderburg ("Vanderburg") under the Guaranty, dated and effective August 15, 2001, with Vanderburg as guarantor and Gaines as obligee, which Guaranty is the subject of a lawsuit pending in the U. S. District Court, Middle District of Florida, Orlando Division, Case No. 6:04-cv-1243 (collectively the "Vanderburg Claim"); and

**WHEREAS**, Wellington desires to obtain by assignment from Gaines all of Gaines' interest in the Burcham Claim and the Vanderburg Claim.

**NOW, THEREFORE**, for good and valuable consideration, the parties agree as follows:

1.  In exchange for the consideration set forth in this Assignment, Gaines hereby assigns, sells, transfers, grants, conveys and delivers to Wellington all interest, right, and title to the Burcham Claim and to the Vanderburg Claim, along with all related or ancillary contractual or equitable rights Gaines might have in connection therewith. Gaines hereby represents and



warrants to Wellington that all Gaines' interests and rights in the Burcham Claim and the Vanderburg Claim are unencumbered and are transferred free and clear to Wellington.

2. Contemporaneous with the execution of this Assignment, Wellington shall pay to Gaines the sum of One Hundred Thousand Dollars ($100,000.00) as consideration in full for the Burcham Claim and the Vanderburg Claim, including any other rights or interests Gaines might have in connection therewith.

3. After execution of this Assignment, Gaines and Wellington agree to cooperate with each other to the extent reasonably necessary to accomplish the transaction described in this Assignment, including compliance with the reasonable requests of each other for such further acts or execution of documents as may be reasonably desirable or necessary.

4. Gaines and Wellington agree that this Assignment may be signed in original counterparts, with separate counterparts signed by each of the parties collectively constituting a valid and binding agreement upon the terms contained herein.

IN WITNESS WHEREOF, Gaines and Wellington have executed and delivered this Assignment on the date written below.

Assignor:

_Robert A. Gaines_
Robert A. Gaines

Date: 10/3/05

ROBERT A. GAINES TRUST

By: _Robert A. Gaines_
Robert A. Gaines, Trustee

Date: 10/3/05

Assignee:

WELLINGTON CAPITAL GROUP, INC.

By: _[signature]_

Its: PRESIDENT

Date: 9/30/05

2