UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:04-CV-1601-Orl-22KRS

ROBERT A. GAINES, individually,
ROBERT A. GAINES TRUST, by and
through its Trustee, Robert A. Gaines,

    Plaintiffs,

vs.

JOHN W. BURCHAM,

    Defendant.
_____/

**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE DATED OCTOBER 31, 2005**

    Plaintiffs hereby respond to this Court's Order to Show Cause dated October 31, 2005, stating:

1. Wellington Capital Group Inc. ("Wellington"), who has become assigned to the Plaintiffs' interest in this litigation, has moved this Court to be substituted for Plaintiffs, Robert A. Gaines and Robert A. Gaines Trust ('Gaines Plaintiffs'). The Gaines Plaintiffs respectfully refer to the Court to Plaintiffs' Unopposed Motions to Substitute Party-Plaintiffs and for Substitution of Counsel filed contemporaneously with this response to the Court's Order to Show Cause dated October 31, 2005.

2. Plaintiffs and Defendant intended to mediate this litigation on or before September 30, 2005. However, prior to that date, the parties engaged in informal settlement discussions in a good faith effort to resolve their differences, hoping that a formal mediation would not be necessary. These discussions appeared to be leading to a potential settlement.

Robert Gaines v. Burcham
Case No.:6:04-CV-1601-ORL-22KRS

3.  However, before the deadline for mediation arrived, Wellington, who was not a party, negotiated and ultimately obtained Gaines' interest in this litigation by reaching an agreement in principle on September 14, 2005, at which time Wellington remitted settlement funds to counsel for the Gaines Plaintiffs' to hold in trust while documents were being prepared. It took approximately three weeks for the parties to come to an agreement on the language of the assignment and to sign the contract. (The assignment contract was signed in two parts, one in September and the second in October, past the mediation deadline).

4.  Wellington and the Gaines Plaintiffs were not in the position to move for leave to substitute counsel (and parties, if permitted by the Court) prior to the deadline set by the Court for the mediation because the assignment had not been finalized yet. Therefore, any mediation that could have been conducted between the Gaines Plaintiffs and the Defendants before September 30, 2005, might have been futile because the real party in interest, Wellington, may not have approved of the terms of any settlement in principle reached at such a mediation.

5.  However, now that the assignment of the Gaines Plaintiffs' interest has been finalized, counsel for the Gaines Plaintiffs have been informed by counsel for Wellington that Wellington is prepared to continue this litigation, whether in the original parties' names or in the name of Wellington, as determined by this Court pursuant to Fed. R. Civ. P. 25 (c).

Robert Gaines v. Burcham<br>Case No.:6:04-CV-1601-ORL-22KRS

6. Moreover, counsel for Wellington has informed me that Wellington, as the real party in interest, wishes to substitute Berman Kean & Riguera for the law firm of McGee & Powers as attorney of record for Plaintiffs. I have been told by counsel fo r Berman Kean & Riguera, that they are willing to meet trial dates or other regularly scheduled proceedings as the Court may direct pursuant to Local Rule 2.03 (d).

7. Therefore, after substitution, the parties are prepared to go forward immediately with a mediation and to abide by the Court's current schedule.

Dated: November 14, 2005

s/ Patrick A. McGee
Patrick A. McGee
Florida Bar No. 376299
Attorney for Plaintiffs
McGEE & POWERS, P.A.
201 East Pine Street, Suite 700
Orlando, Florida 32801-2720
Phone: (407) 422-5742
Fax: (407) 423-1377
E-Mail: PmcGee@mcgeepowers.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the November 14, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Jose M. Ferrer, Esquire
Baker & McKenzie-Miami
1111 Brickell Avenue, Suite 1700
Miami, FL 33131-2827
Phone: 305/789-8900
jose.ferrer@bakernet.com
Attorney for Defendant, John W. Burcham

Robert Gaines v. Burcham
Case No.:6:04-CV-1601-ORL-22KRS

Allan J. Sullivan, Esquire
Baker & McKenzie-Miami
1111 Brickell Avenue, Suite 1700
Miami, FL 33131-2827
Phone: 305/789-8900
allan.j.sullivan@bakernet.com
Attorney for Defendant, John W. Burcham

/s/ Patrick A. McGee
Patrick A. McGee