UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:04-CV-1601-Orl-22KRS

WELLINGTON CAPITAL GROUP, INC,

    Plaintiff,

vs.

JOHN W. BURCHAM,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

PLEASE BE ADVISED that pursuant to Local Rule 3.08, Plaintiff, WELLINGTON CAPITAL GROUP, INC., hereby gives notice to the Court that Plaintiff has settled the above captioned matter with Defendant, JOHN W. BURCHAM, and that the parties will file Stipulation of Dismissal pursuant to Federal Rule 41 by January 3, 2006.

                                          BERMAN, KEAN & RIGUERA, P.A.
                                          Attorneys for Plaintiff
                                          2101 W. Commercial Blvd.
                                          Suite 2800
                                          Fort Lauderdale, FL 33309
                                          Telephone: (954) 735-0000
                                          Facsimile: (954) 735-3636

By:_____
                                          Brian J. McCarthy
                                          Florida Bar No.: 668710

Robert Gaines v. John Burcham
Case No.:6:04-CV-1601-Orl-22KRS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S. Regular Mail, this **December 14, 2005** to:

Allan Sullivan, Esq.
BAKER & McKENZIE, LLP
Attorneys for Defendant
Mellon Financial Center, Suite 1700
1111 Brickell Avenue
Miami, FL 33131

**BERMAN, KEAN & RIGUERA, P.A.**
2101 W. Commercial Blvd.
Suite 2800
Fort Lauderdale, FL 33309
Telephone: (954) 735-0000
Facsimile: (954) 735-3636

By:_____
Brian J. McCarthy
Florida Bar No.: 668710

\\Server-01\REBData\Mirabilis Ventures\1310-051\Style\11613.wpd